UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

              Plaintiff,        Case No. 25-cr-20172

v.                                 Judith E. Levy
                                 United States District Judge

Gordon William McCue,

                                 Mag. Judge David R. Grand

             Defendant.

_____/

## ORDER FOR COMPETENCY EVALUATION

On December 3, 2025, the Court conducted a pretrial conference in this case. During the conference, counsel for Defendant Gordon William McCue requested a competency evaluation of Defendant. For the reasons set forth on the record:

Defense counsel's request for a competency evaluation of Defendant is granted.

The Court orders that Dr. Steven Miller is appointed to examine the mental condition of Defendant in accordance with 18 U.S.C. §§ 4241(a)–(b), 4247(b).

It is further ordered that Defendant must cooperate with the examination at the times designated by Dr. Miller and the facility where Defendant is located.

It is further ordered that Dr. Miller shall prepare, as soon as practical, a written report that includes (1) Defendant's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) the examiner's findings; and (4) the examiner's opinions as to diagnosis, prognosis, and whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. §§ 4241(b), 4247(c).

It is further ordered that Dr. Miller promptly furnish the written report to the Court and provide copies to Defendant's attorney and the attorney for the government. *See* 18 U.S.C. § 4247(c).

It is further ordered that the period beginning on December 3, 2025 (the date of the pretrial conference referenced above) and ending with the conclusion of the competency hearing, *see* 18 U.S.C. §§ 4241(c),

4247(d), which will take place at a date and time set by the Court, after the Court and the parties receive Dr. Miller's written report, be deemed excludable delay under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(A) and (h)(1)(F), and that the period beginning the day after the conclusion of the competency hearing and ending with the Court's ruling on Defendant's mental competency or with the lapse of thirty days, whichever occurs first, be deemed excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(H).

IT IS SO ORDERED.

Dated: December 4, 2025         s/Judith E. Levy
    Ann Arbor, Michigan         JUDITH E. LEVY
                                     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 4, 2025.

                                     s/William Barkholz
                                     WILLIAM BARKHOLZ
                                     Case Manager